UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 04-1053 |
| EDUCATIONAL MANAGEMENT, INC. d/b/a BLUE CLIFF SCHOOL OF THERAPEUTIC MASSAGE | SECTION "T" (3) |

**ORDER**

Considering that the district judge previously limited discovery to the depositions of three individuals,[1] the Court issues the following order regarding Scottsdale Ins. Co.'s Motion to Quash Deposition of Angela Robinson, to wit:

**IT IS ORDERED** that Scottsdale's Motion to Quash Deposition of Angela Robinson [Rec. Doc. No. 86] is GRANTED and the April 5, 2006 hearing before the undersigned Magistrate Judge is CANCELLED.

New Orleans, Louisiana, this 30th day of March, 2006.

*/s/ Daniel E. Knowles, III*
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* Order dated March 16, 2006 ("IT IS FURTHER ORDERED that discovery is limited to the taking of deposition testimony of Richard Berry, Susan McRoberts and Lisa Doyle.") [Rec. Doc. 80].